**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01300-CR

**RAUL R. RICOY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54024-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth Kellett's January 29, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE